

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

Case No.: 23-315

| | |
|---|---|
| JUDSON COLLEGE; JOAN VIGNES NEWMAN; JUDITH KAREN FAVOR; DAPHNE RUDICELL ROBINSON; and JOSEPH WILLIAM "BILL" MATHEWS, JR., | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| INDIAN HARBOR INSURANCE CO., KEN GOFORTH; and USI INSURANCE SERVICES, | ) ) ) ) |
| Defendants. | ) ) ) |

## CONSENT TO REMOVAL

Defendant Ken Goforth and USI Insurance Services, LLC, through undersigned counsel, hereby consent to and join the Notice of Removal filed by Indian Harbor Insurance Company in the above-captioned matter.

Respectfully submitted,

*/s/ David W. McDowell*
DAVID W. MCDOWELL
MAIA FLEISCHMAN
Attorneys for Defendants USI Insurance Services, LLC and Ken Goforth

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC

1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: 205-250-8312
dmcdowell@bakerdonelson.com
mfleischman@bakerdonelson.com